# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BELA DERY,** as Personal Representative of the Estate of **SHLOMO DERY,** deceased,
Appellant,

v.

## BROWARD NURSING & REHABILITATION CENTER, LLC,
Appellee.

No. 4D17-3453

[November 21, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 14-6708 CACE (08).

Lisa A. Levine, Weston, for appellant.

Adam G. Rabinowitz of Moore Rabinowitz Law, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***